# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2197
_____

TOMMY LEE GAINES,

Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

December 21, 2018

PER CURIAM.

Petitioner's Petition for Writ of Certiorari is DENIED on the merits.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Elizabeth Siano Harris of Harris Appellate Law Office, Mims, for Petitioner.

Tommy Lee Gaines, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Eric Salvatore Giunta and Beverly Brewster, Assistant General Counsels, Department of Corrections, Tallahassee, for Respondent.